UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
<u>NEW BERN</u> DIVISION

IN RE: Shaahid Brown
Tonya Ann Brown                                    CASE NO: 5:15-bk-00191-RDD
                                                                         Chapter 13

Debtor (in a joint case, "debtor"
     shall include "debtors")

CHAPTER 13 PLAN

The format of this chapter 13 plan has been approved by the bankruptcy judges for the Eastern District of North Carolina.

CONFIRMATION PROCESS: Before a plan is confirmed, the chapter 13 trustee will file a separate Motion and Notice for Confirmation that will be served on all creditors. The trustee's Motion and Notice for Confirmation may incorporate some or all of the terms of the debtor's proposed plan, and will state the date by which objections to confirmation must be filed with the court. Any objections to confirmation must state with particularity the grounds for the objection. **The rights of creditors may be affected if the plan is confirmed, and creditors should carefully read the plan**.

PROOF OF CLAIM: A creditor's claim will not be allowed or paid unless a proof of claim is filed by or on behalf of the creditor. Only allowed claims will receive a distribution from the chapter 13 trustee. Confirmation of a plan does not preclude the debtor, trustee or a party in interest from filing an objection to a claim.

PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS: Pre-confirmation adequate payments required by 11 U.S.C. § 1326(a)(1) that are to be made through the chapter 13 trustee pursuant to Local Rule 3070-1(b) shall be disbursed by the trustee in accordance with the trustee's customary distribution process. A creditor will not receive a pre-confirmation adequate protection payment unless the creditor timely files a proof of claim.

INFORMATION ABOUT THE DEBTOR: The debtor's Current Monthly Income as defined in 11 U.S.C. § 101(10A) is ABOVE /BELOW (designate one) the applicable state median income.

The debtor's projected disposable income as referred to in 11 U.S.C. § 1325(b)(1)(B) is $ 0.00 .

The amount referred to in 11 U.S.C. § 1325(a)(4) that would be paid to unsecured claims if the debtor's estate were liquidated in a case under chapter 7 of title 11 is $ 0.00 . The "liquidation test" has been computed as follows:

| Asset (Real Property, Auto, Other) | Liquidation Value Net of Security Interest |
|---|---|
|  | $ |
|  |  |
|  |  |
|  |  |

## PLAN TERMS PROPOSED BY DEBTOR

### 1. PAYMENTS AND LENGTH OF PLAN

The debtor shall make payments to the trustee in the aggregate amount of $75,600.00, which shall be payable as follows (state amount of monthly payment and the number of months to be paid): $ 1,260.00          per month for   60     months.

### 2. PAYMENT OF DEBTOR'S BASE ATTORNEY'S FEES

The balance of the debtor's attorney's base fee to be paid through the plan is $ 3,700.00 (representing a base fee of $3,700.00  less the amount of $0.00  which has already been paid).

### 3. PAYMENT OF SECURED CLAIMS (PAID THROUGH THE PLAN)

The secured claims to be paid through the plan are listed in the chart at the end of this paragraph.  The allowed amounts of the secured claims will be limited to the amounts stated in the column "Amount of Secured Claim to be Paid," which will be paid with interest at the rate shown in the chart.  Distributions will be made by the trustee to the holders of secured claims over the duration of the plan as stated in Paragraph 1., and shall be subject to the disbursements for attorney's fees as set forth in Local Rule 2016-1.  Unless otherwise ordered by the court, the amount of a creditor's claim in excess of the allowed amount of the secured claim shall be a general unsecured claim.

| Creditor | Collateral Description | 910 / 365 Claim under § 1325(a) Y/N | Amount of Claim | Collateral Value | Amount of Secured Claim to be Paid | Int. Rate | If Entitled to §1326 PMSI Adeq. Prot. Pymt. Specify | Est. Mo. Pymt. |
|---|---|---|---|---|---|---|---|---|
| Santander | 2006 Chrysler Town& Country | N | 8,738.13 | 2,800.00 | 2,800.00 | 5.25 | | 53.20 |
| Freedom Stores | Furniture | N | 4,511.73 | 1,500.00 | 4,511.73 | 5.25 | | 85.66 |
| | | | | | | | | |
| | | | | | | | | |

**4. PROPERTY TO BE SURRENDERED TO SECURED CREDITORS**

The Debtor Will Surrender The Collateral Listed In The Chart At The End Of This Paragraph.  **Upon confirmation of the plan, the automatic stay and, if applicable, the co-debtor stay, will terminate with respect to the surrendered collateral.**  No claim for a deficiency will be allowed unless it is filed within 180 days after confirmation of the plan, and no distribution will be made to an affected secured creditor unless the secured creditor has given the debtor credit and reduced its claim to account for the surrendered collateral.

| Creditor | Collateral Description |
|---|---|
| | |
| | |

**5. CURING DEFAULTS**

Pursuant to 11 U.S.C. § 1322(b)(3) and/or (5), the pre-petition defaults listed in the chart at the end of this paragraph will be cured through the plan in full with interest, if any, at the rate specified in the chart. The amount of the arrearage in the chart is an estimation and the amount of the arrearage, unless otherwise ordered by the court, shall be determined by the amount stated in the creditor's proof of claim.  After the arrearage, as stated in the proof of claim or as otherwise determined by the court, has been paid through the plan, all pre-petition defaults shall be deemed to be cured, the debtor's obligation shall be deemed to be current as of the date of the petition, the secured creditor shall have no right to recover any amount alleged to have arisen prior to the filing of the petition, and the secured creditor may not declare a default of the note, mortgage or

other loan document based upon a pre-petition default.

| Creditor | Collateral Description | Estimated Amount of Arrearage | Interest to be Paid on Arrearage (0% if none specified) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

### 6. SECURED CLAIMS TO BE PAID DIRECTLY TO CREDITORS BY DEBTOR

The following secured claims shall be paid by the debtor directly to the secured creditors according to the contractual terms of the secured claims:

| Creditor | Collateral Description |
|---|---|
| Capital One Auto Finance | 2014 Dodge Charger |
|  |  |

### 7. PRE-PETITION DOMESTIC SUPPORT OBLIGATIONS

The following arrearage claims for pre-petition domestic support obligations as defined in 11 U.S.C. § 101(14A) shall be paid in full through this plan pursuant to 11 U.S.C. § 507(a)(1) unless the domestic support obligation claimant agrees to a different treatment or the court orders otherwise:

| Creditor | Collection Agency | Amount of Arrearage |
|---|---|---|
|  |  |  |
|  |  |  |

The debtor shall directly pay all ongoing domestic support obligations that become due after the filing of the petition.

### 8. PRIORITY CLAIMS (EXCLUDING DOMESTIC SUPPORT OBLIGATIONS)

The following claims that are entitled to priority pursuant to 11 U.S.C. § 507 shall be paid in full through this plan unless the claimant agrees to a different treatment or the court

orders otherwise:

| Creditor | Type of Priority | Amount of Priority Claim |
|---|---|---|
| IRS | Tax | 2,371.00 |
| Saryna Brown | Child Support | 57,000.00 |

## 9. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Executory contracts and leases that are being assumed shall be paid directly by the debtor according to the contractual terms of the executory contract or lease. Pre-petition defaults listed in the chart at the end of this paragraph will be cured through the plan. The amount of the arrearage in the chart is an estimation and the amount of the arrearage, unless otherwise ordered by the court, shall be determined by the amount stated in the creditor's proof of claim. After the arrearage, as stated in the proof of claim, has been paid through the plan, all pre-petition defaults shall be deemed to be cured, the debtor's obligation shall be deemed to be current as of the date of the petition, the lessor or party to the executory contract shall have no right to recover any amount alleged to have arisen prior to the filing of the petition, and the lessor or party to the executory contract may not declare a default of the lease or contract based upon a pre-petition default. Claims arising from the rejection of executory contracts and leases shall be general unsecured claims.

| Lessor/Creditor | Subject of Lease/Contract | To be Assumed, Rejected, or other Treatment | Amount of Arrearage | Term of Cure (Months) |
|---|---|---|---|---|
| Real Estate Management Inc | Residential Lease | Assume | 0 | n/a |
|  |  |  |  |  |

## 10. CO-DEBTOR AND OTHER SPECIALLY CLASSIFIED UNSECURED CLAIMS

The following claims, if allowed, shall be paid as specially classified unsecured claims and shall receive the following designated treatment:

| Creditor | Amount of Debt Specially Classified | Treatment of Claim |
|---|---|---|
|  |  |  |
|  |  |  |

**11. GENERAL UNSECURED CLAIMS**

General unsecured claims shall be paid through the plan pro rata to the extent that funds are available after disbursements are made to pay secured claims, arrearage claims, priority claims, and other specially classified claims.

**12. DISCHARGE**

Subject to the requirements, conditions and limitations provided in 11 U.S.C. § 1328, and unless the court approves a written waiver of discharge executed by the debtor, the court shall, as soon as practicable after completion by the debtor of all payments under the plan, grant the debtor a discharge of all debts provided for by the plan or that are disallowed under 11 U.S.C. § 502.

**13. OTHER PLAN PROVISIONS**

A. <u>Lien Retention</u>.  Holders of allowed secured claims shall retain the liens securing their claims to the extent provided by 11 U.S.C. § 1325(a)(5)(B)(i).

B. <u>Vesting of Property of the Estate</u>.  Property of the estate shall vest in the debtor pursuant to 11 U.S.C. § 1327(b) unless this box is checked, in which event property of the estate shall remain property of the estate after confirmation of the plan.

Except as otherwise provided, property of the estate and property that vests in the debtor upon confirmation shall remain in the possession and control of the debtor, and the trustee shall have no liability arising out of the property or its retention or use by the debtor.  The debtor's use of the property shall be subject to the requirements of 11 U.S.C. § 363, all other provisions of title 11, the Federal Rules of Bankruptcy Procedure and the Local Rules of this court.

C. <u>Creditor Notices When Debtor to Make Direct Payments</u>.  Secured creditors, lessors and parties to executory contracts that will be paid directly by the debtor may send standard payment notices to the debtor without violating the automatic stay.

D. <u>Rights of Debtor and Trustee to Avoid Liens and to Recover Transfers</u>.  Confirmation of the plan shall not prejudice the rights of the debtor or the trustee to bring actions to avoid liens or to avoid and recover transfers.  Actions to avoid liens or to avoid and recover transfers must be initiated by separately filed motions or complaints.

E. <u>Other Provisions of the Plan:</u>

(Please attach additional pages as necessary)

X  /S/Shaahid Brown_____            January 11, 2015
  Signature of Debtor                                Date


X  /S/Tonya Ann Brown_____            January 11, 2015
  Signature of Debtor                                Date

```
Label Matrix for local noticing          U. S. Bankruptcy Court                   AT&T
0417-5                                   Room 209, 300 Fayetteville Street        PO Box 537104
Case 15-00191-5                          P.O. Drawer 1441                         Atlanta, GA 30353-7104
Eastern District of North Carolina       Raleigh, NC 27602-1441
Raleigh
Sun Jan 11 15:05:32 EST 2015

AT&T U-Verse                             Armed Forces Loans                       Armed Forces Loans Of Ne
PO Box 5014                              616 South Rainbow Blvd, Ste 100          6161 S Rainbow Blvd Ste 100
Carol Stream, IL 60197-5014              Las Vegas, NV 89145                      Las Vegas, NV 89118-3270


Armed Forces Loans of Nevada             (p)CREDITORS BANKRUPTCY SERVICE          Banfield Pet Hospital
3824 S Jones Ste G                       PO BOX 800849                            PO Box 13998
Las Vegas, NV 89103-2451                 DALLAS TX 75380-0849                     Portland, OR 97213-0998


Beach Care Urgent And Family             Capital One Auto Finance                 Castle Credit Corp
5059 Highway 70W                         PO Box 60511                             8420 W Bryn Mawr Ave, STe 750
Morehead City, NC 28557-4503             City of Industry, CA 91716-0511          Chicago, IL 60631-3485


Child Support North Carolina             Comcast Cable Communications             Consumer Adjustment Corp
100 E Six Forks Rd                       Comcast Corporate                        145 Sycamore Ave
Raleigh, NC 27609-7752                   Comcast Center                           Central Islip, NY 11749-1509
                                         1701 JFK Blvd
                                         Philadelphia, PA 19103-2899


Culf Coast Collection                    Department of Treasury                   Duval County Rec Offc
5630 Marquesas Cir                       Internal Revenue Service                 103 Duval Court
Sarasota, FL 34233-3331                  PO BOx 621505                            Jacksonville, FL 32202-3701
                                         Atlanta, GA 30362-3005


Enhanced Recovery Co                     Family Support Div Sacra                 Family Support Division
PO BOx 57547                             3701 POwer Inn Rd                        Dept of Child Support Srvc
Jacksonville, FL 32241-7547              Sacramento, CA 95826-4329                PO Box 269112
                                                                                  Sacramento, CA 95826-9112


Florida Power Light                      Freedom Accept Corp                      Freedom Stores/Freedom Furniture
FPL                                      Customer Financial                       6216 Yadkin Rd
General Mail Facility                    1150 E Little Cree                       Fayetteville, NC 28303-2649
Miami, FL 33188-0001                     Norfolk, VA 23518-3826


Gulf Coast Collection                    Harris Originals                         IC System Collections
5630 Marquesas Cir                       800 Prime Place                          PO Box 64378
Sarasota, FL 34233-3331                  Hauppague, NY 11788-4759                 St Paul, MN 55164-0378


Ic System Inc                            Ic Systems Inc                           Liberty Point Corp
Po Box 64378                             Po Box 64378                             5216 S Grand Circle
Saint Paul, MN 55164-0378                Saint Paul, MN 55164-0378                Sioux Falls, SD 57108-2203
```

| | | |
|---|---|---|
| Marine Federal Credit Unoin<br>PO Box 1551<br>Jacksonville, NC 28541-1551 | NCO Financial Systems<br>PO Box 4935<br>Trenton, NJ 08650-4935 | National-golds Gym Valentino<br>4001 Maple Ave, Ste 200<br>Dallas, TX 75219-3249 |
| Navy Federal Credit Union<br>PO Box 3700<br>Merrifield, VA 22119-3700 | Nco Financial Services/09<br>Po Box 17205<br>Wilmington, DE 19850-7205 | Omni Military Loans Las<br>PO Box 9731<br>Las Vegas, NV 89191-0731 |
| Online Collections<br>Po Box 1489<br>Winterville, NC 28590-1489 | Online INformation Svcs<br>PO Box 1489<br>Winterville, NC 28590-1489 | Patriot Loans<br>c/o Security Finance<br>PO Box 3146<br>Spartanburg, SC 29304-3146 |
| Pg E Energy Pes Wh Backlog<br>Pacific Gas and Electric Co<br>PO BOx 99589-7300<br>851 Howard Street<br>San Francisco, CA 94103-3009 | Pioneer MCB<br>3240 E Tropicana<br>Las Vegas, NV 89121-7316 | Pioneer Military Lending<br>4700 Belleview Ave, Ste 300<br>Kansas City, MO 64112-1359 |
| Real Estate Mgmt, Inc.<br>121 Roosevelt Blvd<br>HAvelock, NC 28532-1955 | Roosevelt Thake<br>403 NE Washington St<br>Lake City, FL 32055-3030 | SST/Allegacy<br>4315 Pickett Rd<br>St Joseph, MO 64503-1600 |
| Sacramento County Da<br>20 Bicentennial Cir<br>Sacramento, CA 95826-2802 | Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 | Sallie Mae Education<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Santander Consumer USA<br>PO Box 961245<br>Ft Worth, TX 76161-0244 | Santander Consumer Usa<br>5201 Rufe Snow Dr<br>North Richland Hills, TX 76180-6036 | Saryna Brown<br>2101 Zurlo Way<br>No. 4204<br>Sacramento, CA 95835-1940 |
| Security Financial Services<br>PO BOx 3146<br>Spartanburg, SC 29304-3146 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Swiss Colony<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| The CBE Group, Inc<br>131 Tower Park Drive<br>PO BOx 900<br>Waterloo, IA 50704-0900 | The Cbe Group<br>Po Box 126<br>Waterloo, IA 50704-0126 | USA Funds<br>PO Box 6180<br>Indianapolis, IN 46206-6180 |
| United Consumer Fin Svc<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | United Consumer Financial<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | United Consumer Financial Serv<br>865 Bassett Rd<br>West Lake, OH 44145-1194 |

| | | |
|---|---|---|
| University Of Fl Physicians<br>1600 SW Archer Rd<br>Gainseville, FL 32610-3003 | Christian Bennett Felden<br>Felden and Felden, P.A.<br>P.O. Box 1399<br>Jacksonville, NC 28541-1399 | Shaahid Brown<br>307 MacDonald Blvd<br>Havelock, NC 28532-9395 |
| Tonya Ann Brown<br>307 MacDonald Blvd<br>Havelock, NC 28532-9395 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Army/Air Force Exchange<br>PO BOx 650410<br>Dallas, TX 75265-0410 | (d)Military Star<br>3911 S Walton Walker Blvd<br>Dallas, TX 75236 | (d)Military Star<br>3911 S Walton Walker Blvd<br>Dallas, TX 75236-1509 |
| Springleaf<br>Gateway Plaza Shopping<br>1335 Western Blvd, #H<br>Jacksonville, NC 28546 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Enhanced Recovery Corporation<br>Po Box 57547<br>Jacksonville, FL 32241-7547 | (d)Enhanced Recovery Corporation<br>Po Box 57547<br>Jacksonville, FL 32241-7547 | (d)Navy Federal Credit Union<br>Po Box 3700<br>Merrifield, VA 22119-3700 |
| (d)Usa Funds<br>Po Box 6180<br>Indianapolis, IN 46206-6180 | End of Label Matrix<br>Mailable recipients    63<br>Bypassed recipients     4<br>Total                  67 | |